UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR 15, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Christopher Moore,

    Plaintiff,

v.

U.S. Department of Justice et al.,

    Defendants.

2:16-cv-06754 VAP (FFMx)

**JUDGMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order Granting Defendant's Motion to Dismiss, IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 4/15/19

Virginia A. Phillips
Chief United States District Judge